UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CLEVELAND, OHIO

| | |
|---|---|
| Heather Hoffman, *et al.* | : |
| Individually and on behalf of other members of the general public similarly situated, | : Civil Action No. 1:17-cv-1073 |
| Plaintiffs, | : JUDGE SOLOMON OLIVER, JR. |
| v. | : Magistrate Judge Baughman |
| McElvain Group Homes, *et al.* | : |
| Defendants. | : |

### ORDER AND ENTRY GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL

Upon Motion of the parties, and after a review of the matter, including the Confidential Settlement Agreement and General Release, this Court finds that the proposed settlement is a fair and reasonable resolution to a bona fide dispute over Fair Labor Standards Act provisions and therefore approves the settlement. The Court further dismisses this action with prejudice, but retains jurisdiction for the limited purpose of enforcing the terms of the Settlement Agreement, if necessary.

**IT IS SO ORDERED.**

     /s/ Solomon Oliver, Jr.     1/4/2018
**SOLOMON OLIVER, JR.**
**UNITED STATES DISTRICT JUDGE**